IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORBITAL ENGINEERING, INC., | Civil Action No. 2:21-cv-00491-RJC |
| Plaintiff, | |
| v. | Judge Robert J. Colville |
| BRYAN T. GEHRLING, | |
| Defendant. | |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Orbital Engineering, Inc. hereby dismisses this action without prejudice.

Respectfully Submitted,

DENTONS COHEN & GRIGSBY P.C.

By: /s/ Fridrikh V. Shrayber
    Fridrikh V. Shrayber
    Pa. Id. No. 208083
    Julie A. Patter
    Pa. Id. No. 314458

    625 Liberty Avenue, 5th Floor
    Pittsburgh, PA 15222-3152
    Ph: (412) 297-4900 / Fax: (412) 209-0672
    fred.shrayber@dentons.com
    julie.patter@dentons.com

    Counsel for Plaintiff,
    Orbital Engineering, Inc.

Dated: July 9, 2021
3696453.v1

AND NOW, this 9th day of J_____, 20___,
IT IS SO ORDERED.
_____
UNITED STATES DISTRICT JUDGE